# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEGO A/S and LEGO SYSTEMS, INC. | |
| Plaintiffs/Counterclaim Defendants, | Civil Action No.: 3:11-cv-1586 (CSH) |
| v. | |
| BEST-LOCK CONSTRUCTION TOYS, INC., BEST-LOCK LIMITED, HONG KONG, and BEST-LOCK GROUP, | NOVEMBER 6, 2018 |
| Defendants/Counterclaim Plaintiffs. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned moves to withdraw his appearance on behalf of Defendants Best-Lock Construction Toys, Inc., Best-Lock Limited, Hong Kong and Best-Lock Group.

This case has not been assigned for trial. The withdrawal will neither delay these proceedings nor prejudice any party because the Defendants continue to be represented by Attorneys Michael J. Donnelly and Andy I. Corea of the firm Murtha Cullina, LLP, both of whom have already appeared in these proceedings.

In accordance with Local Rule 7(e), I certify that I will send a copy of this motion to the Defendants by regular and certified/registered mail.

WHEREFORE, the undersigned respectfully requests that the Court enter an order granting this Motion to Withdraw Appearance.

{02334643.1}        9590196v1

  /s/ Robert C. Faber
Robert C. Faber - phv05133
*rfaber@ostrolenk.com*
OSTROLENK FABER LLP
845 Third Avenue
New York, NY 10022
T: 212.596.0500
F: 212.382.0888

{02334643.1}

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Robert C. Faber
Robert C. Faber - phv05133

{02334643.1}