UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEGO A/S and LEGO SYSTEMS, INC., | |
| Plaintiffs/Counterclaim Defendants, | CIVIL ACTION NO. 3:11-cv-1586 (CSH) |
| v. | |
| BEST-LOCK CONSTRUCTION TOYS, INC., BEST-LOCK LIMITED, HONG KONG, and BEST-LOCK GROUP LIMITED, | |
| Defendants/Counterclaim Plaintiffs. | DECEMBER 2, 2019 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned counsel respectfully moves to withdraw his appearance on behalf of Defendants Best-Lock Construction Toys, Inc., Best-Lock Limited, Hong Kong, and Best-Lock Group Limited. Good cause exists to permit the undersigned to withdraw his appearance because there has been an irreparable breakdown in communication between the undersigned and the Defendants. Granting this motion should not impact the trial date because the parties still need to conduct discovery related to the Defendants' equitable estoppel defense and it is unclear whether the stay on discovery has been lifted. See Orders dated 1/18/2017 and 12/21/2017 [Dkt. Nos. 143 & 173]. Thus, the current trial date of January 21, 2020 will need to be continued in order to allow the parties to complete discovery.

The undersigned certifies that he has given the Defendants actual notice of this motion. The undersigned further certifies that he has notified the

Defendants that the failure to either engage successor counsel or file a personal appearance may result in the granting of this motion and may result in a dismissal or default being entered against the Defendants.

                        DEFENDANTS/COUNTERCLAIM PLAINTIFFS - BEST-LOCK CONSTRUCTION TOYS, INC., BEST-LOCK LIMITED, HONG KONG, and BEST-LOCK GROUP LIMITED,

                        By   /s/ Michael J. Donnelly
                             Michael J. Donnelly - ct07974
                             mdonnelly@murthalaw.com

                        Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469
Telephone:  860.240.6000
Facsimile:   860.240.6150
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019 the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on December 2, 2019, I sent a copy of the foregoing via air mail to:

Mr. Torsten Geller, CEO
Best Lock Construction Toys, Inc.
P.O. Box 187
Summerland, B.C. V0H1Z0
Canada

/s/ Michael J. Donnelly
Michael J. Donnelly – ct07974

10408627v2